# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>RAFAEL PONCE-MEDINA,<br><br>                  Defendant. | CASE NO.  **10CR4989-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_    the Court has dismissed the case for unnecessary delay; or

\_    the Court has granted the motion of the Government for dismissal; or

\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of the Indictment: <u>21 USC §§841(a)(1) & 846 Conspiracy to distribute methamphetamine; 21 USC §841(a)(1) Distribution of methamphetamine; 18 USC 2 Aiding and abetting</u> .

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 27, 2011

                                                JANIS L. SAMMARTINO<br>                                                UNITED STATES DISTRICT JUDGE